UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIRALDA CORONA, *individually*, *and on behalf of others similarly situated*,

                              Plaintiff,

        v.

72 CIBAO RESTAURANT CORP., *doing business as* Cibao Restaurant, WILLIAMS DE JESUS AGRAMONTE, and RAMON EMILIO GIL RAMIREZ,

                              Defendants.

26-CV-2411 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 24, 2026, Plaintiff filed a complaint against three Defendants: 72 Cibao Restaurant Corp. ("Cibao Restaurant"), William De Jesus Agramonte, and Ramon Emilio Gil Rmirez.   Dkt. 1.   Plaintiff served all Defendants, but only Defendant Ramirez appeared and filed an answer.   Dkt. 13.   On March 30, 2026, Plaintiff filed an affidavit of service stating that Defendant Cibao Restaurant was served on March 27, 2026.   On June 1, 2026, Plaintiff filed an affidavit of service stating that Defendant Agramonte was served on April 30, 2026.   Cibao Restaurant's answer was due on April 17, 2026, and Agramonte's answer was due on May 21, 2026.   Neither Defendant has appeared, answered, or otherwise responded to the Complaint.   They shall do so or seek an extension by July 10, 2026.   If they fail to do so, and Plaintiff intends to move for default judgment, she shall do so by July 24, 2026.

Plaintiff shall serve a copy of this Order on Defendants Cibao Restaurant and Agramonte by June 30, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    June 23, 2026
          New York, New York

                                    _____
                                    Ronnie Abrams
                                    United States District Judge