UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIRALDA CORONA, *individually, and on behalf of others similarly situated*,

Plaintiff,

v.

72 CIBAO RESTAURANT CORP., *doing business as* Cibao Restaurant, WILLIAMS DE JESUS AGRAMONTE, and RAMON EMILIO GIL RAMIREZ,

Defendants.

26-CV-2411 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 23, 2026, the Court ordered Defendants 72 Cibao Restaurant Corp. and William De Jesus Agramonte to answer or otherwise respond to the Complaint, or seek an extension, by July 10, 2026. Dkt. 14 (the "Order"). The Court further directed Plaintiff, in the event that Defendants failed to comply, to move for default judgment against them by July 24, 2026. *Id.* To date, neither Defendant has appeared, answered, or otherwise responded to the Complaint, and Plaintiff has not moved for default judgment. Plaintiff shall do so by September 8, 2026, or her claims against these Defendants will be dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

With respect to Defendant Ramon Emilio Gil Ramirez, the parties shall advise the Court no later than September 8, 2026, whether they are amenable to participate in mediation through the Court-annexed mediation program.

SO ORDERED.

Dated: September 1, 2026
New York, New York

Ronnie Abrams
United States District Judge